| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DIAZ, ALBERT | 2. Court or Organization FOURTH CIRCUIT | 3. Date of Report 08/01/2019 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) CIRCUIT JUDGE ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

FIFTH THIRD CENTER
201 N. TRYON ST., SUITE 1440
CHARLOTTE, NC 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Contracts Law Drafting Committee, National Conference of Bar Examiners |
| 2. | Board of Advisors | Wake Forest University School of Law Journal of Law & Policy |
| 3. | Board of Advisors | Antonin Scalia Law School (George Mason University) Judicial Education Program |
| 4. | Executive Committee (Budget Officer/Chair Elect) | Appellate Judges Conference, American Bar Association |
| 5. | Board of Directors (Treasurer) | Appellate Judges Education Institute |
| 6. | Board of Directors | Federal Judges Association |
| 7. | Trustee | Trust #1 (Unfunded) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Judicial Retirement Plan, receiving annual pension from the State of North Carolina for prior service as a state trial judge |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Multistate Bar Exam Contracts Drafting Committee, National Conference of Bar Examiners stipend | $7,000.00 |
| 2. | 2018 | North Carolina Judicial Retirement | $21,684.13 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | 2/22/18 to 2/25/2018 | Manhasset, NY | Attend judicial education program | Transportation, meals, hotel |
| 2. | National Conference of Bar Examiners | 4/5/18 to 4/8/2018 | La Jolla, California | Attend contracts law committee meeting | Transportation, meals, hotel |
| 3. | Boston University School of Law | 4/12/18 to 4/15/18 | Boston, Massachusetts | Preside over Moot Court competition | Transportation, meals, hotel |
| 4. | American Bar Association | 4/19/18 to 4/20/18 | Chicago, IL | Attend Bar meeting | Transportation, hotel |
| 5. | Federal Judges Association | 5/5/18 to 5/6/18 | Washington. DC | Attend Board Meeting | Transportation, meals, hotel |
| 6. | American Bar Association | 8/2/18 to 8/5/18 | Chicago, IL | Attend Bar meeting | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DIAZ, ALBERT | 08/01/2019 |

| | | | | |
|---|---|---|---|---|
| 7. | Washington University School of Law | 8/19/18 to 8/21/18 | St. Louis, MO | Speak at law school | Transportation, meals, hotel |
| 8. | Federal Bar Association | 9/21/18 to 9/22/18 | Asheville, NC | Speak at CLE event | Transportation, meals, hotel |
| 9. | National Conference of Bar Examiners | 10/11/18 to 10/14/18 | Milwaukee, Wisconsin | Attend contracts law committee meeting | Transportation, meals, hotel |
| 10. | Antonin Scalia Law School-George Mason University | 10/21/18 to 10/24/18 | Arlington, VA | Attend judicial education program and Board of Advisors Meeting | Transportation, meals, hotel |
| 11. | University of Virginia School of Law | 11/6/18 to 11/7/2018 | Charlottesville, VA | Preside over Moot Court competition | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving Charge Card | K |
| 2. | Discover Card | Revolving Charge Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Primecap Fund Admiral IRA | D | Dividend | M | T | | | | | |
| 2. Vanguard 500 Index Fund Admiral IRA | C | Dividend | M | T | | | | | |
| 3. T. Rowe Price Mid Cap Growth Fund IRA | B | Dividend | K | T | | | | | |
| 4. T. Rowe Price Capital Appreciation Fund IRA | C | Dividend | K | T | | | | | |
| 5. USAA Insurance Co. Subscriber Account | | None | J | T | | | | | |
| 6. Navy Federal Credit Union Accounts | A | Interest | K | T | | | | | |
| 7. Vanguard Total Stock Market Index Fund Institutional Shares 401K | B | Dividend | L | T | | | | | |
| 8. Vanguard Total Bond Index Fund Institutional Shares 401K | C | Dividend | M | T | | | | | |
| 9. Vanguard Midcap Index Fund Institutional Shares 401K | B | Dividend | L | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:  The unfunded trust listed in Part I was created in December 2015, and was inadvertently omitted from past reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALBERT DIAZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544